ACCEPTED
03-14-00694-CV
5886240
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 3:46:57 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00694-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 3:46:57 PM
JEFFREY D. KYLE
Clerk

**ANTHONY PASSEUR**, *APPELLANT*

*v.*

**FEDERAL HOME LOAN MORTGAGE CORPORATION**, *APPELLEE*

APPEAL FROM CAUSE NO. 14-0981-CC4
COUNTY COURT AT LAW NUMBER FOUR
WILLIAMSON COUNTY, TEXAS
HON. JOHN MCMASTER PRESIDING

**APPELLANT'S NOTICE OF CONFERENCE ON UNOPPOSED
MOTION TO DISMISS APPEAL**

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*Anthony Passeur*

ORAL
ARGUMENT
REQUESTED

i

## CERTIFICATE OF CONFERENCE

The Motion to Dismiss was filed with the Court on June 29, 2015. Opposing Counsel has since sent an e-mail indicating that he is unopposed to the motion.

Respectfully submitted,

    /s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Tuesday, June 30, 2015, on the following via facsimile transmission or the state efiling service:

Travis Gray
Jack O'Boyle and Associates
travis@jackoboyle.com

/s/ Stephen Casey